IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCOTTIE D. LOWE,

    Petitioner,

vs.                                    4:06cv253-RH/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2254 PETITION

For reasons set forth in an order entered at the same time as this report and recommendation and incorporated herein by reference, it is respectfully **RECOMMENDED** that this § 2254 proceeding be **SUMMARILY DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on October 24, 2006.

        S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:06cv253-RH/WCS