# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SCOTTIE D. LOWE,

    Petitioner,

v.                                      CASE NO. 4:06cv253-RH/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER DISMISSING § 2254 PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 13), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition under 28 U.S.C. §2254 is DISMISSED without prejudice." The clerk shall close the file.

SO ORDERED this 3d day of December, 2006.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge